UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY CHARLES BLANCHARD, | |
| Petitioner, | CASE NO. 3:20-CV-5998-RSL-DWC |
| v. | REPORT AND RECOMMENDATION |
| STATE OF WASHINGTON, | Noting Date: December 4, 2020 |
| Respondent. | |

The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge David W. Christel. Petitioner Anthony Charles Blanchard, proceeding *pro se*, filed a proposed petition for a writ of habeas corpus in the United States District Court for the Eastern District of Washington ("Eastern District") on August 24, 2020. Dkt. 1. Petitioner did not pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP"). *See id*. The proposed petition was also not properly signed by Petitioner. *Id*.

The Eastern District notified Petitioner that his case would not be reviewed absent payment of the filing fee or Petitioner's submission of an application to proceed IFP. Dkt. 2. The Eastern District transferred the case to this Court on October 5, 2020. Dkt. 4. Petitioner had not

1  paid the filing fee or submitted an application to proceed IFP. In the order transferring the case to
2  this Court, the Eastern District noted that Petitioner had not signed his proposed petition and
3  directed Petitioner to submit his filing fee or an application to proceed IFP to this Court. Dkt. 4.
4        On October 8, 2020, the Clerk of Court sent Petitioner a letter notifying Petitioner that he
5  must submit the filing fee or an application to proceed IFP. Dkt. 6. The Clerk of Court provided
6  Petitioner with an IFP form and warned Petitioner that if he did not respond to the letter by
7  November 9, 2020, this action may be subject to dismissal. *Id.*; *see also* Dkt. 6-2. The Clerk of
8  Court also sent Petitioner a letter notifying him that his proposed petition contained an improper
9  signature and directed Petitioner to file a corrected signature page by October 22, 2020. Dkt. 7.
10       Petitioner has not responded to the Clerk of Court's letters, has not filed an application to
11 proceed IFP, and has not paid the filing fee. He has also failed to file a corrected signature page.
12 Petitioner has taken no action in this case since it was initiated in August of 2020. As Petitioner
13 has failed to prosecute this case, the Court recommends this case be dismissed without prejudice
14 and a certificate of appealablity not be issued.
15       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
16 Procedure, the parties shall have fourteen (14) days from service of this Report to file written
17 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
18 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
19 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on
20 December 4, 2020, as noted in the caption.
21       Dated this 16th day of November, 2020.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2

REPORT AND RECOMMENDATION - 3