UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY CHARLES BLANCHARD,<br><br>Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>Respondent. | Case No. C20-5998RSL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court has reviewed the Report and Recommendation of Magistrate Judge David W. Christel, Dkt. # 8, and the record. It is hereby ORDERED that:

1. The Court ADOPTS the Report and Recommendation. No objections were filed.

2. Petitioner's federal habeas Petition is DISMISSED without prejudice.

3. A certificate of appealability is DENIED in this case.

4. The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

DATED this 4th day of January, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge